**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:23-cv-20349-KMW

FABIOLA MUNOZ,

    Plaintiff,

v.

CROCODILE CANTINA, INC. D/B/A
MAMBO CAFÉ,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Parties and Corporate Disclosure:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    Fabiola Munoz (Plaintiff)

    Garcia-Menocal & Perez, P.L. (Counsel for Plaintiff)

    Anthony J. Perez, Esq. (Counsel for Plaintiff)

    Anthony J. Perez, P.A. (Counsel for Plaintiff)

    Beverly Virues, Esq. (Counsel for Plaintiff)

    Gene Mattera, ADA-Expert, Inc. (Plaintiff's Expert)

    Crocodile Cantina, Inc. (Defendant)

      Emilio Calleja (President for Defendant Crocodile Cantina, Inc.)

      Oscar Gaetan (Secretary and Treasurer for Defendant Crocodile Cantina, Inc.)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      None, other than the Defendants.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

      None, other than the Defendants.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

      Fabiola Munoz (Plaintiff)

5. Undersigned counsel certifies that she is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this February 10, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiffs*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305)553-3464
Facsimile: (305) 553-3031
Primary Email: ajperez@lawgmp.com
Secondary Email: bvirues@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*

ANTHONY J. PEREZ<br>Florida Bar No.: 535451

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 10, 2023, the foregoing document is being served on all counsel of record.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiffs*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305)553-3464
Facsimile: (305) 553-3031
Primary Email: ajperez@lawgmp.com
Secondary Email: bvirues@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451