# RETURN OF SERVICE

State of Florida    County of Miami-Dade    Civil Court

Case Number: 1:23-CV-20349

Plaintiff:
**FABIOLA MUNOZ**

vs.

Defendant:
**CROCODILE CANTINA, INC D/B/A MAMBO CAFE**

For:
GARCIA-MENOCAL & PEREZ, P.L
350 SEVILLA AVENUE
SUITE 200
CORAL GABLES, FL 33134

Received by Lindsay Legal Services, Inc on the 2nd day of February, 2023 at 9:19 am to be served on **CROCODILE CANTINA, INC D/B/A MAMBO CAFE C/O EMILIO CALLEJA AS R/A, 7201 CAPILLA CT, MIAMI, FL 33143**.

I, ARLINE YAGUE, do hereby affirm that on the **6th day of March, 2023** at **1:16 pm, I:**

**SUBSTITUTE** served by delivering a true copy of **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ANDRES CALLEJA** as **Co Resident** at the address of**: 7201 CAPILLA CT, MIAMI, FL 33143** the within named person's usual place of **abode,** who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 34, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 205, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

_____
**ARLINE YAGUE**
C.P.S # 10038

**Lindsay Legal Services, Inc
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317**

Our Job Serial Number: RLA-2023000521