UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-20349-KMW

FABIOLA MUNOZ,

    Plaintiff,

v.

CROCODILE CANTINA, INC. D/B/A
MAMBO CAFÉ,

    Defendant.
_____/

### JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, FABIOLA MUNOZ, ("Plaintiff"), and Defendant, CROCODILE CANTINA, INC. D/B/A MAMBO CAFÉ ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the parties' settlement agreement.

STIPULATED AND AGREED by counsel for the parties on the date written below.

Respectfully submitted on July 11, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Alyssa Castelli* |
| ANTHONY J. PEREZ | ALYSSA CASTELLI |
| Florida Bar No. 535451 | Florida Bar No. 1032306 |
| GARCIA-MENOCAL & PEREZ, P.L. | SPIRE LAW, PLLC |
| 350 Sevilla Avenue, Suite 200 | 2572 W. State Road 426, Suite 2088 |
| Coral Gables, Fl 33134 | Oviedo, Florida 32765 |
| Telephone: (305) 553- 3464 | Email: alyssa@spirelawfirm.com; |
| Email: ajperez@lawgmp.com | jesse@spirelawfirm.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on July 11, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
dramos@lawgmp.com


By: ___/s/ Anthony J. Perez_____
     ANTHONY J. PEREZ
     Florida Bar No.: 535451